## WALTER FLEISHER CO., INC. *v.* COUNTY OF LOS ANGELES ET AL.

No. 79–700.  Argued November 4, 1980—Decided January 26, 1981

*Gerald T. Manpearl* argued the cause and filed a brief for petitioner.

*Philip H. Hickok* argued the cause for respondents.  With him on the brief were *John H. Larson* and *DeWitt W. Clinton.**

PER CURIAM.

The judgment is affirmed by an equally divided Court.

JUSTICE STEWART took no part in the decision of this case.

---

*\*Joanne M. Garvey, Michael Wells,* and *Roy E. Crawford* filed a brief for the Committee on Unitary Tax as *amicus curiae.*